# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| R A GUTHRIE COMPANY, INC., § § **Plaintiff,** § § v. § Civil Action No. 4:18-cv-080-ALM-KPJ § SUKHMINDER BOPARAI and § PATCH MAGIC, LLC, § § **Defendants.** § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 1, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #42) that Plaintiff R A Guthrie Company, Inc.'s Motion for Entry of Default Judgment (the "Motion") (Dkt. #26) be granted in part and denied in part.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff R A Guthrie Company, Inc.'s Motion for Entry of Default Judgment (the "Motion") (Dkt. #26) is hereby **GRANTED IN PART** and **DENIED IN PART**. The Court will enter Final Default Judgment under separate cover.

**IT IS SO ORDERED**.

**SIGNED** this 25th day of March, 2021.

_[signature: Amos Mazzant]_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE